# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MORRIS BRIAN KOONTZ                                                                                    PLAINTIFF
ADC #115260

v.                                            No. 5:09CV00274 JLH-BD

LARRY NORRIS, Director
Arkansas Department of Correction                                                            DEFENDANT

## ORDER

Morris Brian Koontz has moved for an extension of time within which to file his objections to the recommended disposition submitted by United States Magistrate Judge Beth Deere on June 15, 2010. The motion for extension of time is GRANTED. Document #28. The time within which Koontz must submit his objections to the recommended disposition of June 15, 2010, is extended up to and including July 30, 2010.

IT IS SO ORDERED this 28th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE