IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MORRIS BRIAN KOONTZ**                                                                 **PETITIONER**
**ADC #115260**

**v.**                          **CASE NO. 5:09CV00274 JLH/BD**

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**                                                   **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner Morris Brian Koontz's Petition for Writ of Habeas Corpus (docket entry #2) is DISMISSED with prejudice.

IT IS SO ORDERED this 2nd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE