**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MORRIS BRIAN KOONTZ**                                                    **PETITIONER**
**ADC #115260**

**v.**                              **CASE NO. 5:09CV00274 JLH/BD**

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE